LENDLE v. ROBINSON. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Charlotte Lendle against Francis Robinson. No opinion. Motion denied. See 65 N. Y. Supp. 894.

LENEHAN, Respondent, v. COLLEGE OF ST. FRANCIS XAVIER (MONAHAN, Purchaser), Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by John F. Lenehan against the College of St. Francis Xavier; Thomas Monahan, purchaser. W. H. Klinger, for appellant. J. B. Ker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on authority of 51 App. Div. 535, 64 N. Y. Supp. 868.

LENNEY et al., Respondents, v. SALOMON, Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by James C. Lenney and another against Estelle S. Salomon. From a judgment in favor of plaintiffs, defendant appeals. Reversed. Van Schaick, Norton & Quimby, for appellant. S. Callaghan, for respondents. PER CURIAM. Exhibits A and B do not constitute a contract between plaintiffs and defendant on which plaintiffs can sue. The attorneys for the defendant in the action of Heisman v. Salomon had no authority to bind the defendant to pay the attorneys for the plaintiff in the action last above mentioned their fees. Moreover, even if the defendant's attorney had the implied authority to make the contract set up in the complaint herein, it was no more than a contract to pay the sum of $150 and costs; that is, taxable costs, or costs to be taxed. The evidence shows that costs never have been taxed. This case is to be distinguished from the case of Pilkington v. Railroad Co., 49 App. Div. 22, 63 N. Y. Supp. 211, in which the agreement was entitled in the action and signed on behalf of the defendant by the individual who made the settlement, and is an express agreement of the defendant. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

In re LEVENSON. (Supreme Court, Appellate Division, First Department. November 16, 1900.) In the matter of Nathan B. Levenson. No opinion. Reference ordered.

LEVY et al., Appellants, v. PASSAVANT et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Louis M. Levy and others against Fredericke S. Passavant and others. No opinion. Transferred to First department.

LINK v. LINK. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Amie M. Link against Frederick Link, Jr. No opinion. Motion granted, with $10 costs.

LITTLE FALLS NAT. BANK v. KING et al. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by the Little Falls National Bank against Charles King and others. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. Held, that no appeal in this case should be permitted before entry of final judgment. See 65 N. Y. Supp. 1010.

LONDON ASSUR. CORP., Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by the London Assurance Corporation against Joseph W. Thompson. W. W. Macfarland, for appellant. E. J. Nathan, for respondent. No opinion. Judgment affirmed, with costs, on opinion in this case reported in 22 App. Div. 64, 47 N. Y. Supp. 830.

LONG ISLAND BUILDING & LOAN ASS'N, Respondent, v. STORMS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by the Long Island Building & Loan Association against Catharine Storms, impleaded. No opinion. Judgment affirmed, with costs.

LOZIER v. ROOHAN. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Action by Theodore F. Lozier against Patrick F. Roohan. No opinion. Motion denied, without costs.

LOZIER v. SARATOGA GAS & ELECTRIC LIGHT CO. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Action by Theodore F. Lozier against the Saratoga Gas & Electric Light Company. No opinion. Motion denied, without costs.

LOZIER v. WEST. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Action by Theodore F. Lozier against Elmer J. West. No opinion. Motion denied, without costs.

LUSTIG, Respondent, v. BORDEN'S CONDENSED-MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Joseph Lustig, an infant, by Leopold Lustig, his guardian ad litem, against the Borden's Condensed-Milk Company. No opinion. Judgment and order unanimously affirmed, with costs.

LUXEMBERGER TUCHFABRIKEN v. MEYER. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by the Luxemberger Tuchfabriken against Hugo Meyer. PER CURIAM. Motion granted, on payment of $10 costs and printing disbursements caused by amendment of order, and, in case defendant withdraws his appeal, on payment of all costs and disbursements of appeal. See 52 N. Y. Supp. 955.

LYMAN v. BUEHL et al. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Henry H. Lyman, as commissioner, against Adolph Buehl and others. No opinion. Motion denied, on payment of $10 costs by appellant.